UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| United States of America, )<br>)<br>v. )<br>)<br>_____, )<br>Defendant. ) | Criminal No. _____ |

NOTE FROM THE JURY

YOUR HONOR,

Can we please have help in finding a particular text?

DATE: 12/21/22
TIME: 12:43

SIGNATURE OF FOREMAN: Kathryn Austin

12:21 The text messages that have been admitted are listed in the attached log.

/s/ GAO, DJ.